|   |   |
|---|---|
| 1  |   |
| 2  |   |
| 3  |   |
| 4  |   |
| 5  |   |
| 6  |   |
| 7  |   |

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| JOHN MCNAIR, | Case No. 3:18-cv-00308-HDM-VPC |
| Petitioner, | **ORDER** |
| v. | |
| ISIDRO BACA, et al., | |
| Respondents. | |

Petitioner has submitted an application to proceed in forma pauperis (ECF No. 1) and a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. The court finds that petitioner receives deposits to his inmate account frequently and large enough to pay the full filing fee of five dollars ($5.00).

IT THEREFORE IS ORDERED that the application to proceed in forma pauperis (ECF No. 1) is **DENIED**. Petitioner shall have thirty (30) days from the date that this order is entered to have the filing fee of five dollars ($5.00) sent to the clerk of the court. Failure to comply will result in the dismissal of this action.

///

///

///

///

1

1   IT FURTHER IS ORDERED that the clerk of the court shall send petitioner two copies of
2   this order. Petitioner is ordered to make the necessary arrangements to have one copy of this
3   order attached to the check paying the filing fee.
4   DATED: July 3, 2018.

_____
HOWARD D. MCKIBBEN
United States District Judge