# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

JOHN McNAIR,

    *Petitioner,*

vs.

ISIDRO BACA, *et al.,*

    *Respondents.*

3:18-cv-00308-HDM-CBC

ORDER

Petitioner's unopposed motion for leave to file a second amended petition (ECF No. 14) is GRANTED, and petitioner shall have one hundred twenty (120) days from entry of this order within which to file a second amended petition, without prejudice to any potential defenses that may be raised by respondents. *See also McMahon v. Neven*, No. 2:14-cv-00076-APG-CWH, ECF No. 29 (D. Nev., May 29, 2014) (approving and explaining the Court's rationale in allowing a bifurcated amendment procedure in habeas cases where the limitation period potentially may expire before federal habeas counsel would be able to conduct a complete investigation).

DATED: February 5, 2019

                     */s/ Howard D. McKibben*
                     HOWARD D. MCKIBBEN
                     United States District Judge