# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

JOHN McNAIR,

    *Petitioner,*

vs.

ISIDRO BACA, *et al.,*

    *Respondents*.

3:18-cv-00308-HDM-CBC

ORDER

Petitioner's motion for an extension of time (ECF No. 17) is GRANTED, and the time for petitioner to file a second amended petition is extended up to and including July 19, 2019.

DATED: June 7, 2019

_____
HOWARD D. MCKIBBEN
United States District Judge