# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| JOHN MCNAIR,<br><br>    Petitioner,<br><br>    v.<br><br>ISIDRO BACA, et al.,<br><br>    Respondents. | Case No. 3:18-cv-00308-HDM-CBC<br><br>**ORDER** |

Petitioner having filed an unopposed motion to extend deadline to file second amended petition (second request) (ECF No. 19), and good cause appearing;

IT THEREFORE IS ORDERED that petitioner's unopposed motion to extend deadline to file second amended petition (second request) (ECF No. 19) is **GRANTED**. Petitioner will have up to, and including, September 17, 2019, to file a second amended petition.

DATED: July 22, 2019.

HOWARD D. MCKIBBEN
United States District Judge